**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-00004-APG-GWF |
| Plaintiff, ) | **NOTICE** |
| v. ) | |
| DAVID CAMEZ, ) ALEXANDER KOSTYUKOV ) | |
| Defendant. ) | |

NOTICE IS HEREBY MADE: That attorneys Chris T. Rasmussen and Todd Leventhal are trial counsel in the above-entitled case. Please excuse them from any upcoming court appearances from November 18, 2013 through at least December 20, 2013. Trial Proceedings will be from 9am to 5pm, Monday through Friday.

DATED this __15th__ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE