```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                Plaintiff,     )   Case No. 2:12-cr-004-APG-GWF
                               )
     vs.                       )
                               )   ORDER TEMPORARILY
ALEXANDER KOSTYUKOV,           )   UNSEALING NOTES
                Defendant.     )
```

On 4-5-2016, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on 7-2-2012, from Mario Valencia, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Mario Valencia.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 10th day of May, 2016.

_____
George W. Foley, Jr.
United States Magistrate Judge