1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
         Plaintiff, ) **Case No. 2:12-cr-004-APG-GWF**
                                )
vs. )
                                ) **ORDER TEMPORARILY**
ALEXANDER KOSTYUKOV, ) **UNSEALING NOTES**
         Defendant. )

    On 4-5-2016, Heather K. Newman, Court Reporter, received a Transcript Order form requesting the transcript of a **sealed** hearing, on 12-8-2015 from Mario D. Valencia.

    **IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Mario D. Valencia.

    **IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

    DATED this 18th day of May, 2016.

                                            ANDREW P. GORDON
                                            United States District Judge